PS 8
Rev. 10/2005

# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF PENNSYLVANIA

U.S.A. vs. Michael Privett                                          Docket No. 13CR89-02

Petition for Action on Conditions of Pretrial Release

      COMES NOW, Phillip Harris, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of Michael Privett, who was placed under pretrial release supervision by the Honorable Petrese B. Tucker sitting in the Court at Philadelphia, on April 3, 2013, under the following conditions:

1. Report to Pretrial Services as directed
2. Defendant to reside at 6600 Gary Avenue, Baltimore, MD
3. Defendant shall be on home detention with electronic monitoring 24 hours per day. The defendant may only leave home for the following: work purposes or to seek employment; visit with his counsel; attend medical appointments or religious services; attend court appearances; meet with Pretrial Services. If the defendant needs to leave his home for another reason, he may do so only with the prior approval of Pretrial Services. The defendant shall provide a copy of his schedule to Pretrial Services as directed. *(This condition was removed by the Court on June 13, 2013)*
4. Surrender/Refrain from obtaining passport
5. Surrender/Refrain from firearms
6. Submit to random drug testing and treatment as deemed necessary by Pretrial Services
7. No contact with co-defendants, potential witnesses, or individuals engaged in any criminal activity.

      Respectfully presenting petition for action of Court and for cause as follows:

1. On August 6, 2013, Pretrial Services was contacted by U.S. Pretrial Services Officer Todd Stokes, of the District of Maryland, advising he received a frantic phone call from the defendant's fiancé, Maxine Radloff. Ms. Radloff indicated that on August 3, 2013, the defendant stole her vehicle and assaulted her. Ms. Radloff further informed that the defendant was charged with second degree assault, theft ($1,000- $10,000), motor vehicle/unlawful taking, and unauthorized removal of property. Ms. Radloff reported that there is a court hearing scheduled on August 6, 2013, at 1:15 p.m. to formally request that a restraining order be issued against the defendant. Ms. Radloff indicated that her car was found near her home, however, the transmission was removed. Ms. Radloff reported that she is concerned for the defendant's safety, and stated she believes he is using crack cocaine.

2. Officer Stokes advised Pretrial Services that a home visit was conducted on July 23, 2013, and noted no issues or problems at the residence. The Pretrial Services Office in the District of Maryland has had no contact with the defendant since July 23, 2013. The defendant submitted two urine specimens, both which tested negative for illegal substances.

3.  The defendant is pending sentencing before Your Honor on December 11, 2013. The AUSA assigned to this matter is Robert Livermore, while Mr. Privett is represented by Jeffrey M. Lindy. Counsel will be copied on this petition.

PRAYING THAT THE COURT WILL ORDER the defendant's bail revoked and a warrant issued for his arrest.

ORDER OF COURT

Considered and ordered this 7th day of August, 2013 and ordered filed and made a part of the records in the above case.

*/s/ Petrese B. Tucker*
The Honorable Petrese B. Tucker
Chief U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

*/s/ Phillip Harris*
Phillip Harris
U.S. Pretrial Services Officer

Place: Philadelphia
Date: August 6, 2013

2 cc: PRETRIAL