AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

EASTERN  District of  PA

United States of America

v.

MICHAEL PRIVETT
*Defendant*

)
)
)
)
)
)

Case No.  13cr89-2

FILED

SEP 1 3 2013

MICHAEL E. KUNZ, Clerk
_____ Dep Clerk

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    MICHAEL PRIVETT
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment        ☐ Superseding Indictment        ☐ Information        ☐ Superseding Information        ☐ Complaint
☐ Probation Violation Petition        ☐ Supervised Release Violation Petition        ☐ Violation Notice        ☒ Order of the Court

This offense is briefly described as follows:
VIOLATION OF PRETRIAL RELEASE

Date:    08/08/2013

_____
KEVIN EIBEL, SUPERVISOR
*Issuing officer's signature*

City and state:    PHILA., PA.

MICHAEL E. KUNZ, CLERK OF COURT
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)*  8-8-13 , and the person was arrested on *(date)*  8-13-13 at *(city and state)*  PA |
| Date:  8-13-13                              USMS |
| *Arresting officer's signature* |
| *Printed name and title* |